UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOUL CIRCUS, INC.                                :
                                                 :
                        Plaintiff,               :     Case No. 07 CV 10597
                                                 :
        - against -                              :
                                                 :
TREVANNA ENTERTAINMENT, LLC and                  :     **RULE 7.1 STATEMENT**
THE APOLLO THEATER FOUNDATION, INC.,             :
                                                 :
                        Defendants.              :
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, the Apollo Theater Foundation, Inc. hereby states as follows:

1. The Apollo Theater Foundation, Inc. does not have a parent company.

2. No publicly held corporation owns or holds 10% or more of the Apollo Theater Foundation, Inc.'s stock.

Dated: December 17, 2007

                                        Respectfully submitted,

                                        SIMPSON THACHER & BARTLETT LLP


                                        By:  /s/ Kerry L. Konrad

                                            Kerry L. Konrad
                                            Jennifer R. Rackoff

                                        425 Lexington Avenue
                                        New York, NY 10017-3954
                                        Telephone: (212) 455-2000
                                        Facsimile: (212) 455-2502

                                        *Counsel for The Apollo Theater Foundation, Inc.*