UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SOUL CIRCUS, INC.,                                    :   Case No. 07 CV 10597
:
           Plaintiff,                                 :
                                                      :   **DEFENDANT'S CERTIFICATION**
   - against -                                        :   **OF INTERESTED ENTITIES OR**
                                                      :   **PERSONS PURSUANT TO**
TREVANNA ENTERTAINMENT, LLC                           :   **FEDERAL RULE OF CIVIL**
and THE APOLLO THEATER FOUNDATION, INC.               :   **PROCEDURE 7.1**
                                                      :
                                                      :
           Defendants.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant **TREVANNA ENTERTAINMENT LLC,** by and through its undersigned counsel, certifies that it has no parent corporation and no publicly held corporation owns more than 10% of its member interests.

Dated:  December 18, 2007

                                        Respectfully submitted,

                                        By: /s/ Lawrence W. Rader  (LR 6594)

                                        Lawrence W. Rader, Esq.

                                        225 Broadway Suite 400
                                        New York, New York 10007
                                        Telephone: (212) 791-5200
                                        Facsimile: (212) 791-5400

                                        *Attorney for Trevanna Entertainment LLC*