UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SOUL CIRCUS, INC.,                                  :
                                                    :
                Plaintiff,   :    Case No. 07 CV 10597 (LAK)
                                                    :
      - against -                                :
                                                    :
TREVANNA ENTERTAINMENT, LLC and                     :    **NOTICE OF APPEARANCE**
THE APOLLO THEATER FOUNDATION, INC.,                :
                                                    :
                Defendants.  :
---------------------------------------------------------------x

        PLEASE TAKE NOTICE that Jennifer R. Rackoff of the law firm Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant The Apollo Theater Foundation, Inc. in this action and requests that all subsequent papers be served upon her at the following address:

        Jennifer R. Rackoff (jrackoff@stblaw.com)
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017-3954
        (212) 455-2000 (telephone)
        (212) 455-2502

Dated:  February 12, 2008
       New York, New York

                      SIMPSON THACHER & BARTLETT LLP

                      By:  /s/ Jennifer R. Rackoff_____

                      425 Lexington Avenue
                      New York, NY 10017-3954
                      Telephone:  (212) 455-2000
                      Facsimile:  (212) 455-2502
                      Email:  jrackoff@stblaw.com

*Counsel for The Apollo Theater Foundation, Inc.*