UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SOUL CIRCUS, INC.,                                         :
                                                           :
                              Plaintiff,         :    Case No. 07 CV 10597 (LAK)
                                                           :
                        - against -              :
                                                           :
TREVANNA ENTERTAINMENT, LLC and                            :    **MOTION TO ADMIT COUNSEL**
THE APOLLO THEATER FOUNDATION, INC.,                       :
                                                           :    **PRO HAC VICE**
                        Defendants.        :
-----------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, T. Andrew Brown, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    R. DELACY PETERS, JR.
    Firm Name:    Freeborn & Peters LLP
    Address:    311 S. Wacker Dr., Suite 3000
    City/State/Zip:    Chicago, IL 60606
    Phone Number:    (312) 360-6434
    Fax Number:    (312) 360-6594

R. DELACY PETERS, JR. is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against R. DELACY PETERS, JR. in any State or Federal court.

Dated: February 29, 2008

City, State: Rochester, New York

Respectfully submitted,

_____
T. Andrew Brown
SDNY Bar Code: TB7261
Brown & Hutchinson, Attorneys at Law
925 Crossroads Building
Two State Street
Rochester, New York 14614
Phone:  (585) 454-5050
Fax:     (585) 454-5066

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOUL CIRCUS, INC.,                          :
                                            :
                    Plaintiff,     :     Case No. 07 CV 10597 (LAK)
                                            :
                 - against -              :
                                            :     **AFFIDAVIT OF**
TREVANNA ENTERTAINMENT, LLC and             :     **T. ANDREW BROWN**
THE APOLLO THEATER FOUNDATION, INC.,        :     **IN SUPPORT OF MOTION**
                                            :     **TO ADMIT COUNSEL**
                    Defendants.    :     **PRO HAC VICE**
------------------------------------------------------------x

STATE OF NEW YORK     )
                      ) SS
COUNTY OF NEW YORK    )

    I, T. Andrew Brown, being duly sworn, hereby deposes and says as follows:

    1.    I am an attorney with Brown & Hutchinson, local counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit R. Delacy Peters, Jr. as counsel pro hac vice to represent the Plaintiff in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1985. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known R. Delacy Peters, Jr. in a professional capacity for more than ten years.

    4.    Mr. Peters is an attorney with the law firm of Freeborn & Peters LLP, and works at its office located at 311 South Wacker Drive, Suite 3000, Chicago, Illinois 60606.

    5.    I have found Mr. Peters to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of R. Delacy Peters, Jr., pro hac vice.

7.      I respectfully submit a proposed order granting the admission of R. Delacy Peters, Jr., pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit R. Delacy Peters, Jr., pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 29, 2008

City, State: Rochester, New York

Notarized: *[signature]*

DEBBIE C. D'AMBROSIO
Notary Public, State of New York
No. 01DA5002249
Qualified in Monroe County
Commission Expires Sept. 28, 2010

Respectfully submitted,

*[signature]*

T. Andrew Brown

SDNY Bar Code: TB7261

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOUL CIRCUS, INC.,

                      Plaintiff,      :    Case No. 07 CV 10597 (LAK)

          - against -

TREVANNA ENTERTAINMENT, LLC and    :    **ORDER FOR ADMISSION**
THE APOLLO THEATER FOUNDATION, INC., :    **PRO HAC VICE**
                                                              **ON WRITTEN MOTION**
                      Defendants.
------------------------------------------------------------x

Upon the motion of T. Andrew Brown, attorney for Plaintiff Soul Circus, Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | R. DELACY PETERS, JR. |
| Firm Name: | Freeborn & Peters LLP |
| Address: | 311 S. Wacker Dr., Suite 3000 |
| City/State/Zip: | Chicago, IL 60606 |
| Phone Number: | (312) 360-6434 |
| Fax Number: | (312) 360-6594 |
| E-mail: | rdpeters@freebornpeters.com |

is admitted to practice pro hac vice for Plaintiff Soul Circus, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                                  _____
                                                                  United States District/Magistrate Judge

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

R. Delacy Peters, Jr.

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 31, 1989 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, March 05, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUL CIRCUS, INC.,

                          Plaintiff,

-v-

TREVANNA ENTERTAINMENT, LLC and
THE APOLLO THEATER FOUNDATION, INC.,

                          Defendants.

Case No.
07 CV 10597

AFFIDAVIT OF
SERVICE

---

STATE OF NEW YORK    }
COUNTY OF NEW YORK  } ss.:

Julio De lara, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On March 19, 2008 at 10:20 a.m. at 225 Broadway, Suite 400, New York, NY 10007, I served the within MOTION TO ADMIT COUNSEL PRO HAC VICE on LAWRENCE W. RADER, ESQ., attorney for defendant Trevanna Entertainment LLC, by delivering a true copy of same to Lawrence W. Rader, Esq. personally.

The person served was a white male, brown hair, 45-55 years old, 5'5"-579", 160-170 pounds.

                                                       Julio De Lara
                                                       Lic. 991178

Sworn to before me this
19th day of March 2008.

NOTARY PUBLIC
BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUL CIRCUS, INC.,

                              Plaintiff,

-v-

TREVANNA ENTERTAINMENT, LLC and
THE APOLLO THEATER FOUNDATION, INC.,

                            Defendants.

Case No.
07 CV 10597

AFFIDAVIT OF
SERVICE

STATE OF NEW YORK    }
COUNTY OF NEW YORK  } ss.:

Julio De lara, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On March 19, 2008 at 10:50 a.m. at 425 Lexington Avenue, New York, NY 10017, I served the within MOTION TO ADMIT COUNSEL PRO HAC VICE on JENNIFER R. RACKOFF, ESQ. c/o Simpson Thacher & Bartlett, LLP, attorney for defendant The Apollo Theater Foundation, by delivering a true copy of same to PETER ATARTOFILIS, Law Clerk, who stated he was authorized to receive same.

The person served was a white male, black hair, 20-30 years old, 5'6"-5'8", 160-170 pounds.

                                                      Julio De Lara
                                                      Lic. 991178

Sworn to before me this
19th day of March 2008

NOTARY PUBLIC

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

LegalEase, Inc.