SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SOUL CIRCUS, INC.,

                       Plaintiff,

- against -

TREVANNA ENTERTAINMENT, LLC and
THE APOLLO THEATER FOUNDATION, INC.,

                       Defendants.
----------------------------------------------------------x

Case No. 07 CV 10597 (LAK)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, T. Andrew Brown, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:  R. DELACY PETERS, JR.
    Firm Name:  Freeborn & Peters LLP
    Address:  311 S. Wacker Dr., Suite 3000
    City/State/Zip:  Chicago, IL 60606
    Phone Number:  (312) 360-6434
    Fax Number:  (312) 360-6594

U.S. DISTRICT COURT FILED APR 0 4 2008 S.D. OF N.Y.

R. DELACY PETERS, JR. is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against R. DELACY PETERS, JR. in any State or Federal court.

Dated: February 29, 2008

City, State: Rochester, New York

Respectfully submitted,

_____
T. Andrew Brown
SDNY Bar Code: TB7261
Brown & Hutchinson, Attorneys at Law
925 Crossroads Building
Two State Street
Rochester, New York 14614
Phone: (585) 454-5050
Fax: (585) 454-5066

ELECTRONICALLY FILED
FILED: 4/10/08

SO ORDERED

_____
LEWIS A. KAPLAN  USDJ
4/10/08