**Melvin M. Wright, Jr**.
**Suzanne M. Hengl** (to be admitted *pro hac vice*)
**Lauren B. Emerson** (to be admitted *pro hac vice*)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY  10112
Tele:   (212) 408-2500
Fax:    (212) 408-2501

<u>Local Counsel for Plaintiff Soul Circus, Inc.</u>

(*Counsel names continued on page after signature page*)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

| | |
|---|---|
| SOUL CIRCUS, INC.,                          :<br>                                                          :<br>                    Plaintiff,                :<br>                                                          :<br>             -V-                                          :<br>                                                          :<br> TREVANNA ENTERTAINMENT, LLC, and   :<br> THE APOLLO THEATER FOUNDATION, INC., :<br>                                                          :<br>                                                          :<br>                    Defendants.             : | **ELECTRONICALLY FILED**<br><br>1:07-CV-10597 (LAK)<br><br>**<u>NOTICE OF APPEARANCE</u>** |

------------------------------------------------------------------------X

   PLEASE TAKE NOTICE that I, Melvin M. Wright, Jr., a member of the firm of Baker Botts L.L.P., being admitted to practice in this Court, hereby enter an appearance in the above-captioned matter on behalf of Plaintiffs Soul Circus, Inc. as local counsel and request that all copies of papers in connection to this action be served upon me at the address indicated below.

                                              Respectfully submitted,

                                              BAKER BOTTS L.L.P.

Dated: April 15, 2008                         /s/ Melvin M. Wright, Jr.
                                              **Melvin M. Wright, Jr**. (MW 7128)

NY01:203777.1

        **Suzanne M. Hengl**
        (to be admitted *pro hac vice*)
        **Lauren B. Emerson**
        (to be admitted *pro hac vice*)
        Tele:   (212) 408-2500
        Fax:    (212) 408-2501

        **R Delacy Peters, Jr.**
        **John T. Shapiro**
        **Jennifer L. Fitzgerald**
        FREEBORN & PETERS LLP
        311 S. Wacker Drive, Suite 3000
        Chicago, Illinois  60606
        Tele:   (312) 360-6000
        Fax:    (312) 360-6520

        *Attorneys for Plaintiff*
        *Soul Circus, Inc.*

**T. Andrew Brown**
BROWN & HUTCHINSON
925 Crossroads Building
Two State Street
Rochester, NY 14614
Tele:   (585) 454-5050
Fax:    (585) 454-5066

*Local Counsel for Plaintiff Soul Circus, Inc.*

NY01:203777.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below a true and correct copy of the aforementioned document, "NOTICE OF APPEARANCE" was electronically filed. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system and also by First Class Mail, postage prepaid upon:

| | |
|---|---|
| Lawrence W. Rader Esq.<br>225 Broadway<br>Suite 400<br>New York, NY 10007<br>(212) 791-5200<br>larry@lawrader.com<br><br>Attorneys for Defendants<br>Trevanna Entertainment, L.L.C. | Kerry Lawrence Konrad, Esq.<br>Jennifer R. Rackoff, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>212-455-2000<br>Kkonrad@stblaw.com<br>jrackoff@stblaw.com<br><br>Attorneys for Defendants<br>The Apollo Theater Foundation, Inc. |
| Dated: April 15, 2008 | /s/ Melvin M. Wright, Jr.<br>Melvin M. Wright, Jr. |