# BAKER BOTTS LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
RIYADH
WASHINGTON

April 15, 2008

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

Melvin M. Wright, Jr.
TEL +1 +1 212 408 2598
FAX +1 +1 212 259 2598
Melvin.Wright@bakerbotts.com

Re:   *Soul Circus, Inc. v. Trevanna Entertainment, LLC and The Apollo Theater Foundation, Inc*
      Case No: 07 CV 10597 (LAK)
      Request for Extension of Time to Disclose Experts

Dear Judge Kaplan:

This afternoon, Baker Botts L.L.P. entered an appearance on behalf of Plaintiff Soul Circus, Inc. as local counsel in the above-referenced action. Subsequent to filing its notice of appearance, counsel learned that today is the date by which Plaintiff is required to disclose its experts pursuant to Fed. R. Civ. P. 26(a)(2).

Due to its late appearance in this action, counsel was unaware of this scheduling deadline and now requests a five business day extension for Plaintiff to disclose its testifying experts in this matter on the issues of consumer confusion surveys, linguistics, damages and other similar topics. If this extension is granted, Plaintiff would disclose its experts on or before April 22, 2008.

We attempted but were unable to reach counsel for the Defendants to obtain their consent to an extension. This is the first of such requests for an extension by Plaintiff.

Respectfully submitted,

/s/ Melvin M. Wright, Jr.
Melvin M. Wright, Jr.

MMW

cc:   Kerry L. Konrad, Esq.
      Lawrence W. Rader, Esq.
      R. Delacy Peters, Jr., Esq.
      T. Andrew Brown, Esq.