RECEIVED APR 3 0 2008 JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SOUL CIRCUS, INC.,

                Plaintiff,

- against -

TREVANNA ENTERTAINMENT, LLC and
THE APOLLO THEATER FOUNDATION, INC.,

                Defendants.
------------------------------------------------------x

Case No. 07 CV 10597 (LAK)

**CONSENT SCHEDULING ORDER**

Upon Consent and Stipulation of the parties, it is hereby ORDERED as follows:

1. The parties shall make required Rule 26(a)(2) disclosures with respect to (a) expert witnesses except survey expert witnesses on or before April 30, 2008, and (b) rebuttal expert witnesses except survey expert witnesses on or before May 14, 2008.

2. The parties shall make Rule 26(a)(2) disclosures with respect to survey expert witnesses that include the identification of the expert and information regarding the expert except the survey on or before April 30, 2008; Rebuttal survey expert witnesses shall be disclosed with the same information including the identification of the expert and information regarding the expert except the survey on or before May 14, 2008.

3. All discovery shall be completed by May 30, 2008.

4. Filing ~~Service~~ of summary judgment motions shall be on or before June 12, 2008. *and joint pretrial order*

Dated: April 30, 2008

                                             Lewis A. Kaplan
                                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
4/30/08

1529448v1

CONSENTED TO:

| FREEBORN & PETERS LLP | SIMPSON THACHER & BARTLETT LLP |
|---|---|
| By: _____<br>R Delacy Peters, Jr. | By: *Jennifer Rackoff* (signature)<br>Kerry L. Konrad<br>Jennifer Rackoff |
| 311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: (312) 360-6000<br>Fax: (312) 360-6520<br>rdpeters@freebornpeters.com | 425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502<br>kkonrad@stblaw.com<br>*Attorneys for The Apollo Theater Foundation, Inc.* |
| *Attorneys for Soul Circus, Inc.* | |

LAWRENCE W. RADER, ESQ.

By: _____
　　　Lawrence W. Rader

225 Broadway, Suite 400
New York, NY 10007
Tel: (212) 791-5200
Fax: (212) 791-5400
larry@lawrader.com

*Attorneys for Trevanna Entertainment, L.L.C.*

1529448v1

2

Apr 29 08 10:28a    Lawrence W. Rader, Esq.    2127915400    p.1

CONSENTED TO:

| FREEBORN & PETERS LLP | SIMPSON THACHER & BARTLETT LLP |
|---|---|
| By: _____<br>R Delacy Peters, Jr. | By: _____<br>Kerry L. Konrad<br>Jennifer Rackoff |
| 311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: (312) 360-6000<br>Fax: (312) 360-6520<br>rdpeters@freebornpeters.com | 425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502<br>kkonrad@stblaw.com |
| *Attorneys for Soul Circus, Inc.* | *Attorneys for The Apollo Theater Foundation, Inc.* |

LAWRENCE W. RADER, ESQ.

By: _____
Lawrence W. Rader

225 Broadway, Suite 400
New York, NY 10007
Tel: (212) 791-5200
Fax: (212) 791-5400
larry@lawrader.com

*Attorneys for Trevanna Entertainment, L.L.C.*

1529448v1

CONSENTED TO:

FREEBORN & PETERS LLP

By: /s/ R. Delacy Peters, Jr.

311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 360-6000
Fax: (312) 360-6520
rdpeters@freebornpeters.com

*Attorneys for Soul Circus, Inc.*

SIMPSON THACHER & BARTLETT LLP

By: _____
    Kerry L. Konrad
    Jennifer Rackoff

425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
kkonrad@stblaw.com
*Attorneys for The Apollo Theater Foundation, Inc.*

LAWRENCE W. RADER, ESQ.

By: _____
    Lawrence W. Rader

225 Broadway, Suite 400
New York, NY 10007
Tel: (212) 791-5200
Fax: (212) 791-5400
larry@lawrader.com

*Attorneys for Trevanna Entertainment, L.L.C.*