```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOUL CIRCUS, INC.,

                 Plaintiff,        Case No. 07 CV 10597 (LAK)

        - against -

TREVANNA ENTERTAINMENT, LLC and     **CONSENT SCHEDULING ORDER**
THE APOLLO THEATER FOUNDATION, INC.,

                 Defendants.
------------------------------------------------------------x

Upon consent and stipulation of the parties, it is hereby ORDERED as follows:

1. Plaintiff's responses to all of Defendants' outstanding discovery requests as of the date hereof shall be due on May 30, 2008.

2. Defendants' responses to all of Plaintiff's outstanding discovery requests as of the date hereof shall be due on June 5, 2008.

3. All fact discovery shall be completed by June 20, 2008.

4. Any surveys conducted by any experts previously disclosed by Plaintiff pursuant to Rule 26(a)(2), and reports in connection therewith, shall be due no later than July 11, 2008.

5. Any rebuttal surveys or reports by any experts previously disclosed by Defendants pursuant to Rule 26(a)(2) shall be due no later than July 25, 2008.

6. All expert discovery shall be completed by July 31, 2008.

7. Filing of summary judgment motions and joint pretrial order shall be due on or before August 21, 2008. Answering papers are to be filed within 30 days thereafter and no later than September 18, 2008. Reply papers are to be served within 14 days thereafter and no later than October 2, 2008.

8. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: May 16, 2008

                                                         _____
                                                         Lewis A. Kaplan
                                                         United States District Judge

CONSENTED TO:

FREEBORN & PETERS LLP

By: /s/ R. Delacy Peters

311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 360-6000
Fax: (312) 360-6520
rdpeters@freebornpeters.com

*Attorneys for Soul Circus, Inc.*

SIMPSON THACHER & BARTLETT LLP

By: _____
    Kerry L. Konrad
    Jennifer Rackoff

425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
kkonrad@stblaw.com
*Attorneys for The Apollo Theater Foundation, Inc.*

LAWRENCE W. RADER, ESQ.

By: _____
    Lawrence W. Rader

225 Broadway, Suite 400
New York, NY 10007
Tel: (212) 791-5200
Fax: (212) 791-5400
larry@lawrader.com

*Attorneys for Trevanna Entertainment, L.L.C.*

CONSENTED TO:

FREEBORN & PETERS LLP

By: _____
R Delacy Peters, Jr.

311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 360-6000
Fax: (312) 360-6520
rdpeters@freebornpeters.com

*Attorneys for Soul Circus, Inc.*

SIMPSON THACHER & BARTLETT LLP

By: *Jennifer Rackoff*
Kerry L. Konrad
Jennifer Rackoff

425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
kkonrad@stblaw.com

*Attorneys for The Apollo Theater Foundation, Inc.*

LAWRENCE W. RADER, ESQ.

By: _____
Lawrence W. Rader

225 Broadway, Suite 400
New York, NY 10007
Tel: (212) 791-5200
Fax: (212) 791-5400
larry@lawrader.com

*Attorneys for Trevanna Entertainment, L.L.C.*

CONSENTED TO:

| | |
|---|---|
| FREEBORN & PETERS LLP | SIMPSON THACHER & BARTLETT LLP |
| By: _____<br>R Delacy Peters, Jr. | By: _____<br>Kerry L. Konrad<br>Jennifer Rackoff |
| 311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: (312) 360-6000<br>Fax: (312) 360-6520<br>rdpeters@freebornpeters.com | 425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502<br>kkonrad@stblaw.com |
| *Attorneys for Soul Circus, Inc.* | *Attorneys for The Apollo Theater Foundation, Inc.* |

LAWRENCE W. RADER, ESQ.

By: _____
     Lawrence W. Rader

225 Broadway, Suite 400
New York, NY 10007
Tel: (212) 791-5200
Fax: (212) 791-5400
larry@lawrader.com

*Attorneys for Trevanna Entertainment, L.L.C.*

2