UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOUL CIRCUS, INC.,                              :
                                                :
                Plaintiff,                      :
                                                :
        - against -                             :   Case No. 07 CV 10597 (LAK)
                                                :
TREVANNA ENTERTAINMENT, LLC and                 :
THE APOLLO THEATER FOUNDATION, INC.,            :
                                                :
                Defendants.                     :
------------------------------------------------------------x

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned attorneys, that this action is dismissed with prejudice pursuant to Settlement with each party bearing its own costs.

Dated: June 9, 2008

                                        SIMPSON THACHER & BARTLETT LLP

                                        By: _____
                                                Kerry L. Konrad

                                        425 Lexington Avenue
                                        New York, NY 10017
                                        Tel: (212) 455-2000
                                        Fax: (212) 455-2502
                                        kkonrad@stblaw.com

                                        *Attorneys for The Apollo Theater
                                        Foundation, Inc.*

FREEBORN & PETERS LLP

By: _____
    R Delacy Peters, Jr.

311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 360-6000
Fax: (312) 360-6520
rdpeters@freebornpeters.com

*Attorneys for Soul Circus, Inc.*

LAWRENCE W. RADER, ESQ.

By: _____/s/ Lawrence W. Rader_____
         Lawrence W. Rader

225 Broadway, Suite 400
New York, NY 10007
Tel: (212) 791-5200
Fax: (212) 791-5400
larry@lawrader.com

*Attorneys for Trevanna
Entertainment, L.L.C.*

SO ORDERED: _____
             Lewis A. Kaplan
             United States District Judge

| | |
|---|---|
| FREEBORN & PETERS LLP<br><br>By: /s/ R Delacy Peters, Jr.<br>R Delacy Peters, Jr.<br><br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: (312) 360-6000<br>Fax: (312) 360-6520<br>rdpeters@freebornpeters.com<br><br>*Attorneys for Soul Circus, Inc.* | LAWRENCE W. RADER, ESQ.<br><br>By: _____<br>Lawrence W. Rader<br><br>225 Broadway, Suite 400<br>New York, NY 10007<br>Tel: (212) 791-5200<br>Fax: (212) 791-5400<br>larry@lawrader.com<br><br>*Attorneys for Trevanna Entertainment, L.L.C.* |

SO ORDERED: /s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge
6/11/08

2